UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| DON REINKE; RESTORE SAVANNAH DEVELOPMENT, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. CV411-144 |
| DRAYPROP, LLC; DRAYPARK, LLC; MICHAEL BROWN; REUBEN CROLL; MOPPER-STAPEN, INC.; and MARLEY MANAGEMENT, INC., | ) ) ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

Pursuant to *Lindley v. F.D.I.C.*, ___ F.3d ___, 2013 WL 4269389 (11th Cir. Aug. 16, 2013), the Court has amended the above caption to dismiss the FDIC and Darby Bank & Trust Co. as defendants. The Clerk is **DIRECTED** to amend the docket caption accordingly, and the remaining parties shall, within 21 days of the date this Order is served, brief the Court on the remaining issues in this case. No leave need be

sought to renew, or file anew, any summary disposition motion. *See, e.g.*, *Uhlig v. Drayprop, LLC*, 2013 WL 5532883 (S.D. Ga. Oct. 4, 2013).

**SO ORDERED** this  8th  day of November, 2013.

*[signature]*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA