# United States District Court
## Southern District of Georgia

Don Reidke and Restore Savannah Development, LLC,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV411-144,

Drayprop, LLC, Draypark, LLC, Michael Brown, and
Marley Management, Inc.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 9/30/15, granting defendants' motion for summary judgment, judgment is hereby entered closing the case.

9/30/15
Date

